**ARTHUR W. STEVENS III** OSB # 850857
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite 209
Medford, OR 97501
Telephone: (541) 772-9850
Fax: (541) 779-7430
E-Mail: stevens@blackchapman.com

Attorney for Plaintiff

FILED 11 JAN 14 15:16 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **MARGARET A. LAPLANTE** | **CIVIL NO: 08-3104-TC** |
|    **Plaintiff,** | |
|    v. | |
| **COMMISSIONER of Social Security,** | **ORDER** |
|    **Defendant.** | |

Attorney fees in the amount of **$6,628.00** are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds that this is a reasonable fee in light of all circumstances present in this case. Previously, this court awarded **$4,774.72** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check for payment to Plaintiff's attorney herein, the agency is directed to subtract the amount previously awarded under the EAJA, and to send to Plaintiff's attorney the balance of **$1,853.28**, minus the applicable user fee. Any withheld amount remaining after all attorneys fees are paid (including the EAJA fee offset) should be released to the claimant.

DATED this 14th day of January, 2011.

_____
Thomas Coffin
United States Magistrate Judge

Presented by:
s/Arthur W. Stevens III
_____
ARTHUR W. STEVENS III OSB#850857
Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 STEWART AVE., STE 209
MEDFORD, OREGON 97501
(541) 772-9850